UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-62876-CIV-BLOOM/Valle

SPECIALIZED BICYCLE
COMPONENTS, INC.

        Plaintiff,

vs.

FACTORY CARBON STORE, *et al.*,

        Defendants
_____/

### FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** is before the Court upon Plaintiff Specialized Bicycle Components, Inc.'s ("Plaintiff") Motion for Entry of Final Default Judgment Against Defendants, ECF No. [36] ("Motion"), filed on February 15, 2017. The Court granted the Motion by separate Order. ECF No. [40]. Pursuant to Federal Rule of Civil Procedure 58(a), it is **ORDERED AND ADJUDGED** that Final Default Judgment is hereby entered in favor of Plaintiff and against Defendants, the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" hereto (collectively, "Defendants") on all Counts of the Complaint as follows:

**(1)**     **Permanent Injunctive Relief:**

Defendants and their officers, directors, agents, representatives, subsidiaries, distributors, servants, employees and attorneys, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

    a.     manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing Plaintiff's trademarks, identified in paragraph 15 of the

        Complaint and Schedule "B" attached thereto (collectively, the "Specialized Marks");

b.   using the Specialized Marks in connection with the sale of any unauthorized goods;

c.   using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants offered for sale or sold via the Internet based e-commerce stores operating under their seller identification names and store numbers identified on Schedule "A" hereto (the "Seller IDs and Store Numbers") and/or any other e-commerce marketplace store, seller identity, or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

d.   falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

e.   engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants offered for sale or sold via the Seller IDs and Store Numbers and/or any other e-commerce marketplace store, seller identity, or business, are in any way endorsed by, approved by, and/or associated with Plaintiff;

f.   using any reproduction, counterfeit, copy, or colorable imitation of the Specialized Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants via the Seller IDs and Store Numbers and/or any other e-commerce marketplace store, seller identity, or business;

    g.    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants via the Seller IDs and Store Numbers and/or any other e-commerce marketplace store, seller identity, or business, as being those of Plaintiff or in any way endorsed by Plaintiff and from offering such goods in commerce;

    h.    otherwise unfairly competing with Plaintiff;

    i.    using the Specialized Marks, or any confusingly similar trademarks, on e-commerce marketplace sites, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to Internet based e-commerce stores, websites, businesses registered by, owned, or operated by Defendants, including the e-commerce marketplace stores operating under all of the Seller IDs and Store Numbers; and

    j.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

**(2)** **<u>Statutory damages pursuant to 15 U.S.C. § 1117(c)</u>:**

Plaintiff is entitled to an award of statutory damages of $100,000.00 against each Defendant pursuant to 15 U.S.C. § 1117(c), for which let execution issue;

**(3)** All funds currently restrained by the financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform; Zhejiang Ant Small and Micro Financial Services Group Co., Ltd.; AliPay (China) Internet Technology Co. Ltd. and Alipay.com Co., Ltd.; Worldpay US, Inc.; and their related companies and affiliates, pursuant to the temporary restraining order and preliminary injunction in this action are to be immediately (within 5 business days) transferred to Plaintiff in partial satisfaction of the monetary judgment entered herein against each Defendant. The relevant financial institutions shall provide to Plaintiff at the time the funds are released, a breakdown reflecting the (i) total funds restrained and identifies the financial account(s) and sub-account(s) which the restrained funds are related to in this matter per Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to Plaintiff. On an ongoing basis, should these financial institutions become aware or be made aware of additional financial accounts related to Defendants herein, the financial institutions shall also restrain and transfer the funds in such accounts to Plaintiff in satisfaction of each Defendant's judgment until that judgment is paid in full.

**(4)** The Clerk of Court shall **RELEASE** the bond posted by Plaintiff in the amount of $10,000.00.

**(5)** Interest from the date this action was filed shall accrue at the legal rate pursuant to 28 U.S.C. § 1961.

Case No. 16-62876-CIV-BLOOM/Valle

**(6)** The Court retains jurisdiction to enforce this Judgment and Permanent Injunction.

**(7)** The Clerk of Court is directed to **CLOSE** this case.

**(8)** All pending Motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 16th day of February, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

# SCHEDULE "A"
# DEFENDANTS BY NUMBER, SELLER ID,
# ASSOCIATED STORE NUMBER, AND E-MAIL ADDRESS

| Defendant Number | Defendant / Seller ID | Store Number | Email |
|---|---|---|---|
| 1 | Factory Carbon Store | 2214139 | cyclingfirstsports@outlook.com<br>carbonframewheel@outlook.com |
| 1 | OEM Factory Carbon Bike Store | 2490003 | greatsealcarbon@outlook.com |
| 3 | Amorebike Co.,Ltd. | 1941941 | eric@greatkeenbike.cn<br>ericbicycling@gmail.com<br>vancerbike09@163.com |
| 3 | VancerBike Sport Equipment Co.,Ltd. | | |
| 4 | AWST Bicycle-Shop | 2069006 | bess.bicycle@bedcycling.com<br>joy.bicycle@bedcycling.com |
| 5 | BESTATRADE(HK)CO.,LIMITED | 1085252 | 36934256@qq.com<br>debbie.jodunz@yahoo.com |
| 6 | Bicycle carbon | 1955799 | |
| 9 | Carbon Bike Factory Outlet | 2133171 | calloterbicycle@outlook.com |
| 10 | Carbon cycling | 1726216 | 769077716@qq.com |
| 13 | Cycling with friend all over the world | 2023036 | |
| 14 | DIY Bike Sports Equipment CO., LTD | 508975 | diybikes@hotmail.com |
| 15 | FANBIKE cycling | 1881013 | wslpl520@163.com |
| 16 | GKB Sport Equipment Co.,LTD | 2032033 | greatkeenbike0409@163.com<br>Greatkeenbike01@gmail.com<br>bubble472633689@gmail.com |
| 17 | Greatkeen Bike Sport Equipment Co.,LTD... | 1769155 | joe@greatkeenbike.cn |
| 18 | Happy riding | 1081988 | zhqhph@163.com |
| 19 | Hi, bike!!! | 1749385 | orge_sale4@orge-tech.com<br>Og-evkin@hotmail.com |
| 20 | HK FeiFan bike flagship store | 1749593 | 0225lian@sina.com |
| 21 | IMF bike store | 1988117 | |
| 22 | Kennyli's store | 1935429 | 18925753061@163.com |
| 23 | Kin Store | 1365019 | orge_sale4@orge-tech.com |
| 25 | Let us cycling together 2 | 2164086 | |
| 26 | makas cycling store | 2178181 | sldsmt5@sina.com |
| 27 | microhardware wholesale | 1158961 | |
| 27 | Setaria lutescens | 1078610 | |
| 28 | MJ Bike equipment Co.,Ltd | 2022024 | echomei18@gmail.com |
| 29 | Never-ending | 1773130 | 275162566@qq.com |
| 30 | Outdoor sports enthusiasts | 1393638 | 36934256@qq.com |

| 31 | Pura Raza Store | 1761840 | 446312281@qq.com |
|---|---|---|---|
| 31 | I love the bike | | |
| 32 | R&B Racing bike Store | 2413015 | 2975595528@qq.com<br>jcbbike1@163.com |
| 33 | Soulful Cycling | 2161094 | |
| 34 | Speeds Bicycle Sport Equipment Co,. LTD | 1090033 | lisabike@163.com<br>speedybike002@outlook.com |
| 35 | Toseek and FCFB bike part Store | 1920051 | qq82990817@outlook.com<br>2931231880@qq.com |
| 35 | Exercise bike shop | | |
| 36 | TXCH Bike Store | 1878108 | xcmv123@163.com |
| 36 | China Carbon oem | | |
| 37 | VANCER BIKE EQUIPMENT CO,.LTD | 1991118 | vancerbike@gmail.com |
| 39 | Young CycleTrade Sports Co,LTD | 1415185 | 13763174914@163.com |